ANDREW P. VALENTINE (Bar No. 162094)
GREGORY J. LUNDELL (Bar No. 234941)
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiffs
Cisco Systems, Inc. and Internet Security Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC. and INTERNET SECURITY SYSTEMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL LYNN and BLACK HAT, INC.,<br><br>Defendants. | CASE NO. C 05-03043 JSW<br><br>**MODIFICATION TO STIPULATED PERMANENT INJUNCTION** |

The parties hereby stipulate and the Court hereby orders the following modification to the Stipulated Permanent Injunction issued by this United States District Court, Northern District of California, on July 28, 2005 (the "Injunction"). This modification replaces Paragraph 9 of the Injunction:

9. Return to counsel for ISS all ISS material (including ISS code and all vulnerability information) required to be returned under his Agreement on Confidentiality, Work Product and Non-Solicitation, dated November 18, 2003. Lynn shall not copy, use or disseminate ISS material except for the purpose of complying with this provision. Lynn shall not destroy, delete or erase any computer data in his possession or control, and has not done so since July 27, 2005. Lynn shall prepare complete mirror images of all computer data in his possession or control.

Lynn shall deliver all computer data in his possession or control to a third party forensic expert appointed by ISS and Lynn. The third party forensic expert shall create two mirror images of the original data. One mirror image of the original data shall be delivered to Jones Day, counsel for Lynn ("Preserved Image"). On the second mirror image ("Working Image"), the forensic expert shall verify, in the presence of ISS and Lynn (or his representative), that Lynn has provided to ISS and/or Cisco any ISS- or Cisco-owned materials. The forensic expert will, if ISS or Cisco requests, create copies of those materials for ISS and/or Cisco and will then delete all ISS- and/or Cisco-owned materials from the Working Image and the forensic expert shall then wipe the deleted files and free space on the Working Image. Any non-ISS or non-Cisco-owned materials shall be viewed under a protective order to ensure its confidentiality. The forensic expert shall then delete, fully wipe and reformat the original storage media. The data on the Working Image, which no longer includes ISS- or Cisco-owned materials, shall then be transferred onto the original storage media. The forensic expert will delete, fully wipe and reformat the Working Image data storage media. Lynn will decrypt any encrypted materials if required for review by the forensic expert. If the parties cannot agree on a third party expert within ten days, each party shall within ten days appoint a representative and the representatives so appointed shall within seven days select the forensic expert to conduct the inspection. Lynn hereby confirms that no ISS- or Cisco-owned material has been transferred or sent elsewhere.

This modification replaces and supersedes the original Paragraph 9. All other terms and conditions of the Injunction remain in full force and effect.

**IT IS SO STIPULATED.**

DATED: September 6, 2005

DLA Piper Rudnick Gray Cary US LLP

By: ______________________________
Andrew Valentine
Attorneys for Plaintiffs
CISCO SYSTEMS and INTERNET SECURITY SYSTEMS

/ / /

FROM :GALLAGHER FAX NO. :4156478425 Sep. 02 2005 02:14PM P2
09/02/05 14:57 FAX 650 833 2001 DLAPRGC US LLP 004

DATED: September 6, 2005

Jennifer Granick -

By: ______________________
Jennifer Granick
Attorney for Defendant
MICHAEL LYNN

DATED: September 6, 2005

Jeffrey McNamara

By: ______________________
Jeffrey McNamara
Attorney for Defendant
BLACK HAT, INC.

**IT IS SO ORDERED.**

DATED: September 6, 2005

______________________
United States District Court Judge

-3-
DLA PIPER RUDNICK GRAY CARY US LLP
EM\7192759.1
26573-26
[PROPOSED] MODIFICATION TO STIPULATED PERMANENT INJUNCTION
C 05-03043 JSW
09/02/2005 FRI 15:08 [TX/RX NO 7581] 002

09/02/2005 15:57 FAX 206 625 1052 ELLIS, LI & McKINSTRY ☑005
09/02/05 14:22 FAX 650 833 2001 DLAPRGC US LLP ☑004

DATED: September 6, 2005

Jennifer Granick

By: ______________________
Jennifer Granick
Attorney for Defendant
MICHAEL LYNN

DATED: September 6, 2005

Jeffrey McNamara

By: ______________________
Jeffrey McNamara
Attorney for Defendant
BLACK HAT, INC.

**IT IS SO ORDERED.**

DATED: September 6, 2005

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge William Alsup

______________________
United States District Court Judge

Judge William Alsup
(General Duty)

-3-

DLA PIPER RUDNICK GRAY CARY US LLP

EM\7192759.1
26573-26

[PROPOSED] MODIFICATION TO STIPULATED PERMANENT INJUNCTION
C 05-03043 JSW

09/02/2005 FRI 15:58 [TX/RX NO 9909] ☑005